IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 11   A 8: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

KENNETH I. STRANGE,              )
                                 )
                                 )
                                 )
          v.                     )        Civil Action No.: AMD-00-1920
                                 )
DDN/OBERGFEL, L.L.C.             )
                                 )
          Defendant.             )
_____)

## ORDER

Upon consideration of the Plaintiff's Motion For Leave To File Amended Complaint and

any Response thereto, it is this __11th__ day of __September__, 2000, by the United

States District Court for the District of Maryland, hereby,

ORDERED, that the Plaintiff's Motion For Leave To File Amended Complaint is

GRANTED.

_____
**JUDGE**

